IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR NASSAU COUNTY, FLORIDA

                        CASE NO.:
                        DIVISION:

**TENA HETZEL,**
an individual,

        Plaintiff,

vs.

**OMNI AMELIA ISLAND, LLC d/b/a**
**Omni Amelia Island Resort,**
a Foreign Limited Liability Company,

        Defendant.
_____/

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

The Plaintiff, TENA HETZEL, by and through undersigned counsel, hereby files this Complaint against Defendant OMNI AMELIA ISLAND, LLC d/b/a Omni Amelia Island Resort, a Foreign Limited Liability Company, (hereinafter referred to as "OMNI") and alleges as follows:

1. This is an action for damages in excess of $75,000.00 exclusive of costs, interest and attorney's fees.[1]

2. At all times material hereto, the Plaintiff, TENA HETZEL, is and was a resident of Huntsville, Alabama.

---

[1] The estimated value of Plaintiff's claim is in excess of the jurisdictional threshold minimum required by this Court. As such, Plaintiff has made this allegation in paragraph one of Plaintiff's Complaint and has entered "Over $100,000" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the Civil Cover Sheet *for jurisdictional purposes only.* The actual value of Plaintiff's claim will be determined by a fair and just jury in light of the evidence, including non-economic damages, for which there is no exact standard for measuring such damage.

3. At all times material hereto, Defendant, OMNI, is a Foreign Limited Liability Company doing business in Fernandina Beach, Nassau County, Florida.

4. At all times material hereto, Defendant, OMNI, owned and/or managed the property located at 39 Beach Lagoon Rd, Fernandina Beach, Nassau County, Florida 32034.

5. On or about August 6, 2019, the Plaintiff, TENA HETZEL, was lawfully on the premises located at 39 Beach Lagoon Rd, Fernandina Beach, Nassau County, Florida 32034.

6. On that date, while using the boardwalk to walk down to the beach, TENA HETZEL, fell as she was walking down a set of steps that were not properly and/or sufficiently illuminated, causing the Plaintiff significant injuries.

7. The improper and/or insufficient lighting on the subject area of the boardwalk represented an unreasonable dangerous condition.

## NEGLIGENCE AS TO DEFENDANT

Plaintiff re-alleges and re-incorporates paragraphs one through seven, and further alleges:

8. At all times material hereto, Defendant, OMNI, owed a duty to invitees, including the Plaintiff, TENA HETZEL, to maintain the premises in a reasonable safe condition.

9. At all times material hereto, Defendant, OMNI, breached its duties to the Plaintiff, TENA HETZEL, in one or more of the following ways, including but not limited to:

    a. Failing to warn of the dangerous condition of the improperly and/or insufficiently illuminated steps on the boardwalk;

    b. By failing to maintain the property in a reasonable safe condition and warn of hazards;

    c.    By allowing the dangerous condition to exist for such a length of time that, in the exercise of ordinary care, Defendant OMNI should have known of the condition;

    d.    By violating numerous Florida Building Codes and;

    e.    By failing to adequately inspect and maintain the property in a reasonable safe condition and;

    f.    By committing other acts of negligence yet to be determined.

10. The Defendant breached its aforesaid duties to the Plaintiff by allowing this unreasonably dangerous condition to exist on its property and/or failing to warn Plaintiff of its existence.

11. As a direct and proximate result of the negligence of Defendant, OMNI, the Plaintiff, TENA HETZEL, was injured in and about her body and/or aggravated a pre-existing condition of injury, suffered pain therefrom, incurred medical and related expenses in the treatment of her injuries, suffered physical handicap, suffered significant scarring and disfigurement, mental anguish, inconvenience, emotional distress, and her working ability was impaired, sustained permanent injuries within a reasonable degree of medical probability and/or suffered permanent loss of an important bodily function, and has lost the capacity for the enjoyment of life.

12. In that the injuries suffered by Plaintiff are continuing in nature, she will continue to suffer pain, disfigurement, scarring, mental anguish, inconvenience, emotional distress, physical handicap and permanent injury in the future, loss of earning capacity, and will be further compelled to expend great sums of money for medical care and related treatment for those injuries, and will continue to suffer the loss of the capacity for the enjoyment of life.

**WHEREFORE**, the Plaintiff, TENA HETZEL, demands judgment for damages, including interest and costs, against Defendant, OMNI AMELIA ISLAND, LLC d/b/a Omni Amelia Island Resort, and requests trial by jury on all issues in this cause.

DATED this 9th day of April, 2021.

                                        **COKER LAW**

                                        **/s/ DANIEL IRACKI, ESQ**
                                        **DANIEL IRACKI, ESQ.**
                                        Florida Bar No.: 41212
                                        **N. JOEL HARRIS, ESQ.**
                                        Florida Bar No.: 0048975
                                        **CHELSEA R. HARRIS, ESQ.**
                                        Florida Bar No.: 28368
                                        **HOWARD C. COKER, ESQUIRE**
                                        Florida Bar No.: 141540
                                        136 East Bay Street, 2nd Floor
                                        Jacksonville, Florida 32202
                                        (904) 356-6071
                                        (904) 353-2425 (Facsimile)
                                        njh@cokerlaw.com (Primary)
                                        crh@cokerlaw.com (Secondary)
                                        lew@cokerlaw.com (Tertiary)
                                        Counsel for Plaintiff